# U.S. Bankruptcy Court
# Northern District of Indiana

In re:

**SUDIE MAE LAYNE**                                    Bankruptcy Case No. **10-34228-hcd**

Debtor

**JACQUELINE S. HOMANN, TRUSTEE**                       Adversary Proceeding No. **11-03032-hcd**

Plaintiff

v.

**RALPH MONTY LAYNE**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| CLERK, U.S. Bankruptcy Court<br>Northern District of Indiana<br>401 South Michigan Street<br>South Bend, Indiana 46601 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Jacqueline S. Homann<br>202 S. Michigan St., 600 Key Bank Bldg.<br>P. O. Box 4577<br>South Bend, IN 46634-4577 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued:
06/13/2011

Christopher M. Detoro, Clerk Of Court

CSD 3007

## CERTIFICATE OF SERVICE

    I, Jacqueline Sells Homann, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 13, 2011 by:

__X__    Mail Service: Regular, first class United States mail, postage fully prepaid, addressed to:

      RALPH MONTY LAYNE      DEBRA VOLTZ-MILLER
      PO BOX 200                   1951 EAST FOX
      LAKEVILLE, IN 46536        SOUTH BEND IN 46613

_____    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

      Residence Service: By leaving the process with the following adult at:

_____    Certified Mail Service of an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

_____    Publication: The defendant was served as follows: [Describe briefly]

_____    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 13, 2011

                                          /s/ Jacqueline Sells Homann
                                          Jacqueline Sells Homann
                                          Jones Obenchain, LLP
                                          600 KeyBank Building
                                          202 S. Michigan
                                          Post Office Box 4577
                                          South Bend, Indiana 46634-4577
                                          Telephone: (574) 233-1194
                                          Email: jshtrustee@jonesobenchain.com