UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| SUDIE MAE LAYNE, ) | CASE NO. 10-34228 HCD |
| ) | CHAPTER 7 |
| ) | |
| DEBTOR. ) | |
| ) | |
| ) | |
| JACQUELINE SELLS HOMANN, ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | PROC. NO. 11-3032 |
| ) | |
| RALPH MONTY LAYNE, ) | |
| ) | |
| DEFENDANT. ) | |

## JUDGMENT

At South Bend, Indiana, on October 26, 2011.

Based upon the Decision and Order issued this date, the court grants the Motion for Default Judgment filed by Jacqueline Sells Homann, the chapter 7 Trustee in the bankruptcy case of Sudie May Layne, in the amount of $20,000.00, with post-judgment interest at the average prime rate, and costs.

SO ADJUDGED.

/s/ HARRY C. DEES, JR.
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT