IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>SUDIE MAE LAYNE,<br><br>        Debtor.<br><br>JACQUELINE SELLS HOMANN,<br><br>        Plaintiff.<br><br>        v.<br><br>RALPH MONTY LAYNE,<br><br>        Defendant. | Case No. 10-34228<br>Chapter 7<br><br><br><br><br>Adversary Proc. No. 11-3032 |

## MOTION FOR PROCEEDINGS SUPPLEMENTARY

Plaintiff, Jacqueline Sells Homann, alleges and states that:

1. Plaintiff is the owner of a judgment against the Defendant entered on October 26, 2011, upon which there remains an unpaid balance in the amount of $17,375.00.

2. Plaintiff has no cause to believe that levy of execution against the Defendant will satisfy the judgment.

3. Plaintiff does not know of any assets of the Defendant subject to execution in St. Joseph County, Indiana.

*Therefore*, Plaintiff prays that the Defendant be ordered to appear before this Court to answer as to his non-exempt assets and income subject to execution in satisfaction of the judgment.

Dated: April 21, 2017

                                          Respectfully submitted,

                                          /s/ Jacqueline Sells Homann
                                        Jacqueline Sells Homann
                                          Jones Obenchain, LLP
                                          600 KeyBank Building
                                          202 South Michigan Street
                                          Post Office Box 4577
                                          South Bend, Indiana 46634-4577
                                          Telephone: (574) 233-1194
                                          Facsimile:     (574) 233-8957
                                          Email: jshtrustee@jonesobenchain.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, a true and correct copy of the above and foregoing document was served as follows:

| | |
|---|---|
| Debra Voltz-Miller<br>Dvoltz-miller@datacruz.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |
| Ralph Monty Layne<br>23103 Roosevelt Road<br>South Bend, IN 46614 | |

                                          /s/ Jacqueline Sells Homann
                                          Jacqueline Sells Homann